**Order entered March 12, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01350-CV

**MIRAMAR FAIRMOUNT PARTNERS, LLC AND CALABAZA HOLDINGS, LLC, Appellants**

**V.**

**2902 MAPLE, LP, ANDERS P. TING, AND COMERICA BANK, Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10049**

### ORDER

Before the Court is the March 10, 2020 unopposed second motion of Maple 2902, LP for an extension of time to file its appellee's/cross-appellant's brief. We **GRANT** the motion and extend the time to **April 8, 2020**. We caution appellee that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE